Christopher A. Meyers (#032558)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: cmeyers@swlaw.com
Attorneys for Defendant Equifax Information
Services LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jeffrey Dangremond,

               Plaintiff,

v.

USAA Federal Savings Bank, et al.,

               Defendants.

No.

**NOTICE OF REMOVAL**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and hereby file this Notice of Removal of this action from the McDowell Mountain Justice Court, Maricopa County, Arizona, wherein it is now pending as Case No. CC2017-026162RC to the United States District Court for the District of Arizona. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1.      An action was filed on February 24, 2017 in the McDowell Mountain Justice Court, Maricopa County, Arizona, entitled *Dangremond v. USAA Federal Savings Bank, et al.*, Case No. CC2017-026162RC (the "State Court Action").

2.      Equifax was served with the Complaint on April 7, 2017.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4.     This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)     Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (See Plaintiff's Complaint).

(b)     The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.     Equifax has filed a copy of the notice of the removal to the Clerk of the McDowell Mountain Justice Court, Maricopa County, Arizona, and served it upon Plaintiff, as required by 28 U.S.C. § 1446(d).

6.     Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action, as well as a true and accurate copy of the state court docket in this matter.

7.     The only other defendant in this matter, USAA Federal Savings Bank, has not yet been properly served.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

DATED this 27th day of April, 2017.

SNELL & WILMER L.L.P.


By  *s/Christopher Meyers*
Christopher Meyers
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Attorneys for Plaintiff Equifax
Information Services LLC

4841-1774-7783.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2017, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing:

Kevin Fallon McCarthy
Joon Kee
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

*s/Kimberly Erickson*

4841-1774-7783.1

Exhibit A

Related Links     -- Select Link -- 

Home   Find a Case   Case Types   Case Tools   Forms   Find a Judge   Locations

## CASE TOOLS

Case History

Court Calendar

Court Locations

Find a Case

Traffic Violations

## JUSTICE COURTS CASE INFORMATION - CASE HISTORY

**Disclaimer: The information on this website is not the official court record. Please contact the court for the official record. In no event shall the Maricopa County Justice Courts be liable for damages of any nature arising out of your use or inability to use this website.**

<< return to previous page

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | CC2017-026162 | Judge: | Reagan, Michael |
| File Date: | 2/8/2017 | Location: | McDowell Mountain Justice Court |
| Case Type: | Justice Civil | Case Status: | 01 - New Case |

### Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Jeffrey Dangremond | Plaintiff | N/A | Kevin McCarthy |
| USAA Federal Savings Bank | Defendant | N/A | Pro Per |
| Equifax Information Services LLC | Defendant | N/A | Pro Per |

### Disposition Information

There are no disposition notes on file

### Case Calendar

There are no calendar events on file

### Events

| Event Type | Sub Type | Judge | Result | Result Date |
|---|---|---|---|---|
| Complaint | Amended Complaint | Reagan | Filed by Plaintiff | 2/24/2017 |
| Affidavit of Service | Private Process | Reagan | Served | 4/7/2017 |

### Judgments

There are no judgments on file

Case Types | Court Forms | Find a Case | Court Calendars | Judges
Copyright © 2011 Maricopa County Justice Courts | Legal | Disclaimer

4/26/2017

MCDOWELL MOUNTAIN
JUSTICE COURT
**McCARTHY** LAW PLC FILED

CAREER CONCENTRATION, WITH COUNSEL.

Kevin Fallon McCarthy, 011017   17 FEB -8 AM 9: 05
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee @mccarthylawyer.com
Attorneys for Plaintiff

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

JEFFREY DANGREMOND

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK, AND
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

Case No.: CC2017026162RC

**SUMMONS**

**STATE OF ARIZONA TO:**

    **USAA FEDERAL SAVINGS BANK**
    10750 MCDERMOTT FREEWAY
    SAN ANTONIO, TEXAS 78288

    **EQUIFAX INFORMATION SERVICES LLC,**
    S/A: CORPORATION SERVICE COMPANY
    2338 WEST ROYAL PALM ROAD
    STE J
    PHOENIX, ARIZONA 85021

### THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1.    YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2.    If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251
02-456-8900
WW.McCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.    1    Summons

1  date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the

2  next working day to file your answer. When calculating time, do not count the day you were served

3  with the summons.

4  3.      Your answer must be in writing.

5          (a) You may obtain an answer form from this Court.

6          (b) You may also obtain an answer form from the Form section of the Maricopa County

7  Justice Courts website at http://justicecourts.maricopa.gov.

8  4.      Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance

9  with JCRCP Rule 120.

10  5.      **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN**

11  **THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED**

12  **AGAINST YOU.**

13  The name and address of Plaintiff's attorney is:

14              Kevin Fallon McCarthy, Esq.
                Joon Kee, Esq.
15              McCARTHY LAW PLC
16              4250 North Drinkwater Boulevard, #320
                Scottsdale, Arizona 85251
17

18  SIGNED AND SEALED this date: _____ FEB 08 2017 _____.

19                          By: _Michael R Reagor_

20                              Deputy Clerk

21

22

23

24

25

26

27

McCARTHY LAW, PLC
1250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
902-466-8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.              2                          Summons

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

MCCARTHY LAW, PLC
1250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
302-458-8000
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.                    3                    Summons

**McCARTHY LAW PLC**
CANDID CORPORATION, WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee @mccarthylawyer.com
Attorneys for Plaintiff

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

17 FEB 24  AM 8: 43

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| JEFFREY DANGREMOND<br><br>        Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK, AND<br>EQUIFAX INFORMATION SERVICES<br>LLC,<br><br>        Defendants. | Case No.: CC2017-026162RC<br><br>**FIRST AMENDED COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.)** |

COMES NOW Plaintiff, Jeffrey Dangremond ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendant above-named alleges as follows:

1.      That Plaintiff is, and was at all times hereinafter mentioned, a resident of Maricopa County, Arizona.

2.      Defendant USAA Federal Savings Bank ("USAA"), is not a corporation registered with the Arizona Corporation Commission, but at all times relevant hereto was a federally chartered bank with their headquarters located at 10750 Mcdermott Freeway, San Antonio, Texas 78288.

3.      That, on information and belief, Defendant USAA, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

4.      That, on information and belief, Defendant, Equifax Information Services LLC, ("Equifax"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD, STE. J, PHOENIX, ARIZONA 85021.

5.      That, on information and belief, Defendant, EQUIFAX, is, and at all times relevant

Dangremond v. USAA FSB, et al.                    1                    COMPLAINT

1  hereto was, regularly doing business in the State of Arizona.

2      6.      That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

3  Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had

4  the necessary minimum contacts with the State of Arizona and the harm occurred in Arizona.

5      7.      That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants,

6  and has suffered particularized and concrete harm.

7

8                                    I.    COUNT I

9      8.      Plaintiff incorporates by reference all the above paragraphs of this Complaint as

10  though fully stated herein.

11     9.      That on or about December 31, 2015, Defendant USAA issued a 1099-C,

12  cancellation of debt, for Plaintiff's USAA credit card account ending 1371-9984 ("Account1").

13  Exhibit A.

14     10.     The 1099-C canceled the principal balance owed, excluding interest and fees.

15     11.     The Identifiable Event Code on the 1099-C is marked "G". Exhibit A.

16     12.     Code "G" on a 1099-C represents that the creditor has made a decision or policy to

17  discontinue collection of the debt and cancel the debt.

18     13.     Subsequently, Defendant submitted a tax form 1099-C to the Internal Revenue

19  Service ("IRS") for the cancellation of debt amount of the debt owed to Defendant.

20     14.     As a result, Plaintiff was obligated to pay taxes on the cancelled debt.

21     15.     That Defendant USAA still reported a balance on the Account1, inclusive of interest

22  and fees, on Plaintiff's consumer credit report.

23     16.     That Defendant Equifax is willfully reporting derogatory and inaccurate

24  information about Plaintiff to third-parties.

25     17.     On or about November 3, 2016, Plaintiff sent a written dispute regarding the

26  accuracy of the derogatory information reported on Account1 by Defendant USAA to Defendant

27  Equifax, a consumer credit reporting agency as defined in 15 U.S.C. §1681a. Exhibit B.

28

1      18.    Upon information and belief, Equifax forwarded at least a portion of Plaintiff's

2  dispute to Defendant USAA re: Account1.

3      19.    That Defendant USAA willfully failed to conduct a proper investigation and correct

4  the inaccurate and duplicate reporting of the Account1 to Equifax in violation of 15 U.S.C. § 1681s-

5  2(b) and to the detriment of the consumer Plaintiff. Exhibit C.

6      20.    That Defendant USAA is willfully reporting derogatory and inaccurate information

7  about Plaintiff to consumer reporting agencies, Equifax, as defined by 15 U.S.C. § 1681a. Exhibit

8  C.

9      21.    That Defendant Equifax failed to conduct a reasonable reinvestigation in violation

10  of 15 U.S.C. § 1681i(a)(1)(A) to the detriment of the consumer Plaintiff. Exhibit C

11      22.    That Defendant Equifax failed to correct the inaccurate reporting of the Account1

12  in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff.  Exhibit C

13      23.    That Defendant Equifax, willfully failed to maintain reasonable procedures to

14  assure maximum accuracy of the information contained in Plaintiff's credit report in violation of

15  15 U.S.C. § 1681e.

16      24.    That the foregoing acts and omissions of the Defendants constitute an unacceptable

17  violation of the FCRA.

18

                   **II.    COUNT II**

19

20      25.    Plaintiff incorporates by reference all the above paragraphs of this Complaint as

21  though fully stated herein.

22      26.    That on or about December 31, 2013, Defendant USAA issued a 1099-C,

23  cancellation of debt, for Plaintiff's USAA account ending 7-3937 ("Account2"). Exhibit D.

24      27.    The 1099-C canceled the principal balance owed, excluding interest and fees.

25      28.    The Identifiable Event Code on the 1099-C is marked "G". Exhibit D.

26      29.    Code "G" on a 1099-C represents that the creditor has made a decision or policy to

27  discontinue collection of the debt and cancel the debt.

28

1      30.    Subsequently, Defendant submitted a tax form 1099-C to the IRS for the

2  cancellation of debt amount of the debt owed to Defendant USAA.

3      31.    As a result, Plaintiff was obligated to pay taxes on the cancelled debt.

4      32.    That Defendant USAA still reported a balance on Account2, inclusive of interest

5  and fees, on Plaintiff's consumer credit report.

6      33.    That Defendant Equifax is willfully reporting derogatory and inaccurate

7  information about Plaintiff to third-parties.

8      34.    On or about November 3, 2016, Plaintiff sent a written dispute regarding the

9  accuracy of the derogatory information reported on Account2 by Defendant USAA to Equifax, a

10  consumer credit reporting agency as defined in 15 U.S.C. §1681a. Exhibit E.

11      35.    Upon information and belief, Equifax forwarded at least a portion of Plaintiff's

12  dispute to Defendant USAA regarding Account2.

13      36.    That Defendant USAA willfully failed to conduct a proper investigation and correct

14  the inaccurate and duplicate reporting of the Account2 to Equifax in violation of 15 U.S.C. § 1681s-

15  2(b) and to the detriment of the consumer Plaintiff. Exhibit F.

16      37.    That Defendant USAA is willfully reporting derogatory and inaccurate information

17  about Plaintiff to consumer reporting agencies, Equifax, as defined by 15 U.S.C. § 1681a. Exhibit

18  F.

19      38.    That Defendant Equifax failed to conduct a reasonable reinvestigation in violation

20  of 15 U.S.C. § 1681i(a)(1)(A) to the detriment of the consumer Plaintiff. Exhibit F

21      39.    That Defendant Equifax failed to correct the inaccurate reporting of the Account2

22  in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff.  Exhibit F

23      40.    That Defendant Equifax, willfully failed to maintain reasonable procedures to

24  assure maximum accuracy of the information contained in Plaintiff's credit report in violation of

25  15 U.S.C. § 1681e.

26      41.    That the foregoing acts and omissions of the Defendants constitute an unacceptable

27  violation of the FCRA.

28

### III.   COUNT III

42.   Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

43.   That on or about December 31, 2015, Defendant USAA issued a 1099-C, cancellation of debt, for Plaintiff's USAA account ending 8471-5341 ("Account3"). Exhibit G.

44.   The 1099-C canceled the principal balance owed, excluding interest and fees.

45.   The Identifiable Event Code on the 1099-C is marked "G". Exhibit G.

46.   Code "G" on a 1099-C represents that the creditor has made a decision or policy to discontinue collection of the debt and cancel the debt.

47.   Subsequently, Defendant submitted a tax form 1099-C to the IRS for the cancellation of debt amount of the debt owed to Defendant USAA.

48.   As a result, Plaintiff was obligated to pay taxes on the cancelled debt.

49.   That Defendant USAA still reported a balance on Account3, inclusive of interest and fees, on Plaintiff's consumer credit report.

50.   That Defendant Equifax is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

51.   On or about January 16, 2017, Plaintiff sent a written dispute regarding the accuracy of the derogatory information reported on Account3 by Defendant USAA to Equifax, a consumer credit reporting agency as defined in 15 U.S.C. §1681a. Exhibit H.

52.   Upon information and belief, Equifax forwarded at least a portion of Plaintiff's dispute to Defendant USAA regarding Account3.

53.   That Defendant USAA willfully failed to conduct a proper investigation and correct the inaccurate and duplicate reporting of the Account3 to Equifax in violation of 15 U.S.C. § 1681s-2(b) and to the detriment of the consumer Plaintiff. Exhibit I.

54.   That Defendant USAA is willfully reporting derogatory and inaccurate information about Plaintiff to consumer reporting agencies, Equifax, as defined by 15 U.S.C. § 1681a. Exhibit I.

1    55.    That Defendant Equifax failed to conduct a reasonable reinvestigation in violation

2    of 15 U.S.C. § 1681i(a)(1)(A) to the detriment of the consumer Plaintiff. Exhibit I

3    56.    That Defendant Equifax failed to correct the inaccurate reporting of the Account3

4    in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff.  Exhibit I

5    57.    That Defendant Equifax, willfully failed to maintain reasonable procedures to

6    assure maximum accuracy of the information contained in Plaintiff's credit report in violation of

7    15 U.S.C. § 1681e.

8    58.    That the foregoing acts and omissions of the Defendants constitute an

9    unacceptable violation of the FCRA

10                          **IV. PRAYER FOR RELIEF**

11    WHEREFORE, Plaintiff seeks a reasonable and fair judgment against Defendants for

12    willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as

13    defined by 15 U.S.C. § 1681n and demands:

14                          **AS TO COUNT I:**

15    1.  Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. §

16        1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

17    2.  Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful

18        violation;

19    3.  The costs of instituting this action together with reasonable attorney's fees incurred

20        by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

21    4.  Any further legal and equitable relief as the court may deem just and proper in the

22        circumstances.

23                          **AS TO COUNT II:**

24    5.  Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. §

25        1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

26    6.  Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful

27        violation;

28

1    7. The costs of instituting this action together with reasonable attorney's fees incurred

2         by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

3    8. Any further legal and equitable relief as the court may deem just and proper in the

4         circumstances.

5                           **AS TO COUNT III:**

6    9. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. §

7         1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

8    10. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful

9         violation;

10    11. The costs of instituting this action together with reasonable attorney's fees incurred

11         by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

12    12. Any further legal and equitable relief as the court may deem just and proper in the

13         circumstances.

14    Respectfully submitted this _____ day of February, 2017.

15

16                   MCCARTHY LAW, PLC

17                   By:

18                   Joon N. Kee, Esq.
                          Kevin Fallon McCarthy, Esq.
                          Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

USAA®  9800 FREDERICKSBURG RD
SAN ANTONIO TX 78288

JEFFREY W DANGREMOND
16445 N 51ST ST
SCOTTSDALE AZ 85254-1028

FOR INFORMATION ON THIS FORM, CALL 1-800-826-0932.
PRODUCT CODE: 51-VISA/MSTR DEBT

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event 12/31/2015 | OMB No. 1545-1424 | Cancellation of Debt |
|---|---|---|---|
| USAA FEDERAL SAVINGS BANK<br>C O USAA SAVINGS BANK<br>9800 FREDERICKSBURG RD<br>SAN ANTONIO, TX 78288<br>800-531-6722 | 2 Amount of debt discharged $21,159.75 | **2015** | |
| | 3 Interest if included in box 2 $1,702.62 | Form 1099-C | |
| CREDITOR'S federal identification number 74-6389799 | DEBTOR'S identification number ....9916 | 4 Debt description CREDIT CARD | Copy B<br>For Debtor<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br>JEFFREY W DANGREMOND<br>7542 E KRALL ST<br>SCOTTSDALE, AZ 85250-4064 | | 5 If checked, the debtor was personally liable for repayment of the debt ☒ | |
| Account number (see instructions) ....3654 | 6 Identifiable event code G | 7 Fair market value of property | |

Form 1099-C  (keep for your records)  www.irs.gov/form1099c  Department of the Treasury - Internal Revenue Service

## 1099-C Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other Income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

Debtor's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the creditor assigned to distinguish your account.

Box 1. Shows the date the earliest identifiable event occurred, or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the codes in box 6.

Box 2. Shows the amount of debt either actually or deemed discharged. Note: If you do not agree with the amount, contact your creditor.

Box 3. Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

Box 4. Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

Box 5. Shows whether you were personally liable for repayment of the debt when the debt was canceled or, if included, at the time of the last modification. See Pub. 4681 for reporting instructions.

Box 6. Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

Box 7. If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

Future developments. For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

# EXHIBIT B

Jeffrey W Dangremond
15445 N. 51st Street
Scottsdale, AZ 85254


11/3/2016


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Re:     **Name: Jeffrey W Dangremond**
        **Social Security #:** ████ -5916
        **Date of Birth:** ████████
        **Report date:  09/12/2016**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item USAA Bank account # ████████████ 9984 is incorrectly reporting a balance owed of $21,059.  This is inaccurate as a 1099 was issued by USAA Bank for the full balance.  See 1099 enclosed.  I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.



Sincerely,

Jeffrey W  Dangremond



**USAA SB**
Act. # 54912373137***

Past Due: $12,986
Opened: 07/01/2002
Closed:
Reported: 09/01/2016
Condition: Derogatory
Individual Account

Limit: $0
Balance: $21,059
Payment: $211
Credit Type: Revolving Account

Remarks: Charged off account

Credit card

**2016**

| CO | CO | CO | CO | CO | CO | CO | NR |
|----|----|----|----|----|----|----|----|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |

**2015**

| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
|----|----|----|----|----|----|----|----|----|----|----|----|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

**2014**

| CO | CO | CO | CO |
|----|----|----|----|
| Sep | Oct | Nov | Dec |



USAA®  9800 FREDERICKSBURG RD
SAN ANTONIO TX 78288

JEFFREY W DANGREMOND
15445 N 51ST ST
SCOTTSDALE AZ 85254-1628

FOR INFORMATION ON THIS FORM, CALL 1-800-826-0932.
PRODUCT CODE: 51-VISA/MSTR DEBT

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event |  | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK C O USAA SAVINGS BANK 9800 FREDERICKSBURG RD SAN ANTONIO, TX 78288 800-531-8722 | 12/31/2015 |  | **2015** | |
| | 2 Amount of debt discharged $21,159.75 | | | |
| | 3 Interest if included in box 2 $1,702.82 | | Form 1099-C | |

| CREDITOR'S federal identification number | DEBTOR'S identification number | 4 Debt description | Copy B For Debtor |
|---|---|---|---|
| 74-6399739 | 5916 | CREDIT CARD | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | | | |
| JEFFREY W DANGREMOND 7542 E KRALL ST SCOTTSDALE, AZ 85250-4854 | | | |
| | | 5 If checked, the debtor was personally liable for repayment of the debt ☒ | |

| Account number (see instructions) | 6 Identifiable event code | 7 Fair market value of property |
|---|---|---|
| 9984 | G | |

Form 1099-C        (keep for your records)        www.irs.gov/form1099c        Department of the Treasury - Internal Revenue Service

## 1099-C Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

Debtor's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the creditor assigned to distinguish your account.

Box 1. Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

Box 2. Shows the amount of debt either actually or deemed discharged. Note. If you do not agree with the amount, contact your creditor.

Box 3. Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

Box 4. Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

Box 5. Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

Box 6. Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

Box 7. If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

Future developments. For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

# EXHIBIT C

P.O. Box 105069
Atlanta, GA 30348

December 5, 2016



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

002414500−18441
Jeffrey Wayne Dangremond
15445 N 51st St
Scottsdale, AZ 85254−1628

Dear Jeffrey Wayne Dangremond:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries.  If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on−line at www.investigate.equifax.com. Using the Internet to initiate an on−line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.

Results Of Your Investigation          For your convenience the last eight digits of your account numbers have been redacted.

>>> **We have researched the credit account.  Account # − 549123731371*  The results are:** This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *USAA Savings Bank, PO Box 33009, San Antonio, TX 78265−3009*

### Get Informed. Be empowered.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866−349−5186.

# EQUIFAX

**CREDIT FILE : December 5, 2016**

Confirmation # 6315034789

Please address all future correspondence to:

www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105069
Atlanta, GA 30348

Phone: (877) 528-6481
M – F 9:00am to 5:00pm in your time zone.

**Personal Identification Information:**

Name On File: Jeffrey Wayne Dangremond

**ALERT(s): *File Blocked For Promotional Purposes***

**Credit Account Information**

**Account Column Title Descriptions:**

Account Number – The Account number reported by credit grantor
Date Acct. Opened – The Date that the credit grantor opened the account
High Credit – The Highest Amount Charged
Credit Limit – The Highest Amount Permitted
Terms Duration – The Number of Installments or Payments
Terms Frequency – The Scheduled Time Between Payments
Months Reviewed – The Number of Months Reviewed
Activity Designator – The Most Recent Account Activity
Creditor Class – The Type of Company Reporting The Account
Date Reported – Date of Last Reported Update
Balance Amount – The Total Amount Owed as of the Date Reported
Status – Condition of Account When Last Updated by Creditor
or Otherwise

Amount Past Due – The Amount Past Due as of the Date Reported
Date of Last Paymnt – The Date of Last Payment
Actual Pay Amt – The Actual Amount of Last Payment
Sched Pay Amt – The Requested Amount of Last Payment
Date of 1st Delinquency – The Date of First Delinquency
Date of Last Activty – The Date of the Last Account Activity
Date Maj Delq Rptd – The Date the 1st Major Delinquency Was Reported
Charge Off Amt – The Amount Charged Off by Creditor
Deferred Pay Date – The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt – The Amount of Final(Balloon) Payment
Balloon Pay Date – The Date of Final(Balloon) Payment
Date Closed – The Date the Account was Closed

**Account History** 1 : 30–59 Days Past Due
5 : 150–179 Days Past Due
J : Voluntary Surrender

**Status Code** 2 : 60–89 Days Past Due
6 : 180 or More Days Past Due
K : Repossession

**Descriptions** 3 : 90–119 Days Past Due
G : Collection Account
L : Charge Off

4 : 120–149 Days Past Due
H : Foreclosure

6315034789IA3–002414500– 18441– 22623 – S

(Continued On Next Page)

**USAA Federal Savings Bank**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 8471* | 03/01/2007 | | $115,200 | | Monthly | 67 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Payment Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2016 | $108,347 | $108,347 | 07/2016 | $500 | $219 | 04/2012 | | 09/2012 | $108,847 | | | | |

Status – Charge Off; Type of Account – Line of Credit; Type of Loan – Home Equity Line Of Credit; Whose Account – Individual Account;   ADDITIONAL INFORMATION – ; Charged Off
Account; Account Closed By Credit Grantor;

**Account History with Status Codes**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 |
| L | L | L | L | L | L | L | L | L | L | L | L |
| 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | | | |
| L | L | L | L | L | L | L | L | L | | | |
| 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 |
| L | L | L | L | L | L | L | L | L | L | L | L |
| 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | | | |
| L | L | L | L | L | L | L | L | L | | | |
| 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | | | |
| L | L | L | L | 4 | 3 | 2 | 1 | | | | |

6315034789IA3–002414500–18441–22623 – S

( Continued On Next Page )

# EXHIBIT D



USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-0544

00000302L

CREDITOR'S federal identification number
74-6393739

01701

JEFFREY WAYNE DANGREMOND
JENNIFER M DANGREMOND
7835 N PINESVIEW DR
SCOTTSDALE AZ 85258-3458

# 1099-C

OMB No. 1545-1424

FOR CALENDAR YEAR

## 2013

DEBTOR'S identification number
█████5916

FOR INFO. ON THIS FORM, CALL:
1-800-626-0932

DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE

REPORTED TO THE INTERNAL REVENUE SERVICE

2013 - 1099-C, CANCELLATION OF DEBT

ACCOUNT NUMBER

HOME EQUITY        █████3937
BOX 1        DATE OF IDENTIFIABLE EVENT            12/31/13
BOX 2        AMOUNT OF DEBT DISCHARGED            87,504.80
BOX 4    DEBT DESCRIPTION
7049 N VIA DE PAESIA
BOX 5 BORROWER WAS PERSONALLY LIABLE
        FOR REPAYMENT OF DEBT
BOX 6        IDENTIFIABLE EVENT CODE               G

TOTAL AMOUNT OF DEBT DISCHARGED        87,504 30

PLEASE SEE THE REVERSE SIDE FOR INSTRUCTIONS

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF TAXABLE INCOME RESULTS FROM THIS TRANSACTION AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

Copy B for Debtor

TRS01 (01-13)

# EXHIBIT E

Jeffrey W Dangremond
15445 N. 51st Street
Scottsdale, AZ 85254


11/3/2016


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Re:   **Name: Jeffrey W Dangremond**
      **Social Security #:** ████5916
      **Date of Birth:** ████████
      **Report date:  09/12/2016**


To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I
dispute on the enclosed copy of the credit report I received.

This item USAA Bank account #████3937 is incorrectly reporting a balance owed of
$87,104. This is inaccurate as a 1099 was issued by USAA Bank for the full balance.
See 1099 enclosed. I am requesting that the item be corrected to reflect a zero balance
owed.

Please investigate this matter and correct the disputed item as soon as possible.



Sincerely,

Jeffrey W  Dangremond



**USAA FSB**
**Acct #887****

Past Due: $87,504
Opened: 03/01/2006
Closed:
Reported: 09/01/2016
Condition: Derogatory
Joint Account

Limit: $0
Balance: $87,104
Payment: $199
Credit Type: Revolving Account

Remarks:  Charged off account

Accounts closed by credit grantor

### 2016



| CO | CO | CO | CO | CO | CO | NR | NR |
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |

### 2015



| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

### 2014



| CO | CO | CO | CO |
| Sep | Oct | Nov | Dec |



USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-0544

00000302L

CREDITOR'S federal identification number

74-6393739

01701

JEFFREY WAYNE DANGREMOND
JENNIFER M DANGREMOND
7836 N PINESVIEW DR
SCOTTSDALE  AZ 85256-3458

## 1099-C
OMB No. 1545-1424
FOR CALENDAR YEAR

## 2013

DEBTOR'S identification number

-5916

FOR INFO. ON THIS FORM, CALL:
1-800-526-0932

DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE

REPORTED TO THE INTERNAL REVENUE SERVICE

2013 - 1099-C, CANCELLATION OF DEBT

ACCOUNT NUMBER
HOME EQUITY                         3937
BOX 1       DATE OF IDENTIFIABLE EVENT          12/31/13
BOX 2       AMOUNT OF DEBT DISCHARGED           87,504.30
BOX 4   DEBT DESCRIPTION
7049 N VIA DE PAESIA
BOX 5 BORROWER WAS PERSONALLY LIABLE
      FOR REPAYMENT OF DEBT
BOX 6         IDENTIFIABLE EVENT CODE           G

TOTAL AMOUNT OF DEBT DISCHARGED           87,504.30

PLEASE SEE THE REVERSE SIDE FOR INSTRUCTIONS

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A
NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF TAXABLE INCOME RESULTS FROM THIS TRANSACTION AND THE IRS
DETERMINES THAT IT HAS NOT BEEN REPORTED.

Copy B for Debtor

TRSC1 (01-18)

# EXHIBIT F

# EQUIFAX

P. O. Box 105518
Atlanta, GA 30348

002415860−16034
Jeffrey Wayne Dangremond
15445 N 51st St
Scottsdale, AZ 85254−1628

**CREDIT FILE : December 6, 2016**
**Confirmation # 6315016327**

Dear Jeffrey Wayne Dangremond:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file.  If you have additional questions regarding the reinvestigated items, please contact the source of that information directly.  You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425−7961 from 9:00am to 5:00pm  Monday−Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at  866−349−5186.

Thank you for giving Equifax the opportunity to serve you.

**The Results of Our Reinvestigation**

**>>> We have reviewed your concerns and our conclusions are:**
The following disputed account or inquiry is currently not reporting on your Equifax credit file: 50520000084.

**Credit Account Information**

| Account History | 1 : 30–59 Days Past Due | 5 : 150–179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
|  | 2 : 60–89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code | 3 : 90–119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120–149 Days Past Due | H : Foreclosure |  |

**>>> We have researched the credit account.  Account # − 8377*  The results are:** This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *USAA Federal Savings Bank, Attn: Home Equity Servicin, 10750 W IH 10, San Antonio  TX  78284–8850 Phone: (210) 456–8046*

6315016327/GBB−002415860−16034−19985 − S

## US AOD Federal Savings Bank

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 8377* | 03/01/2006 | $0 | $100,000 | | Monthly | 73 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/2016 | $87,104 | $87,104 | 07/2016 | $0 | $199 | 07/2011 | | 03/2012 | $87,504 | | $0 | | |

Status – Charge Off; Type of Account – Line of Credit; Type of Loan – Home Equity Line Of Credit; Whose Account – Joint Account; ADDITIONAL INFORMATION – Charged Off Account; Account Closed By Credit Grantor; Home Equity Loan;

**Account History with Status Codes**

| 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | * | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | * |

| 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | 4 | 4 | 4 | 4 | 3 | 3 | 2 |

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

6315016327GBB-002415860—16034—19985 – S

( End Of Report )

# EXHIBIT G

USAA® SAN ANTONIO TX 78288-0544

FOR INFORMATION ON THIS FORM, CALL 1-800-628-0932.
Product Code: 60 DEMAND DEPOSIT

JEFFREY WAYNE DANGREMOND
7835 N PINESVIEW DR
SCOTTSDALE AZ 85258-3455

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO, TX 78288-0544<br>800-531-8722 | 1 Date of identifiable event 12/31/2015<br>2 Amount of debt discharged $108,847.05<br>3 Interest if included in box 2 $1,856.29 | OMB No. 1545-1424<br>**2015**<br>Form 1099-C | **Cancellation of Debt** |
| CREDITOR'S federal identification number 74-6393769 / DEBTOR'S identification number ***-**-5916 | 4 Debt description<br>7835 N PINESVIEW DR | | Copy B For Debtor<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br>JEFFREY WAYNE DANGREMOND<br>7835 N PINESVIEW DR<br>SCOTTSDALE, AZ 85258-3455 | 5 If checked, the debtor was personally liable for repayment of the debt ☒ | | |
| Account number (see instructions)<br>[redacted]5341 | 6 Identifiable event code G | 7 Fair market value of property | |

Form 1099-C (keep for your records) www.irs.gov/form1099c Department of the Treasury - Internal Revenue Service

## 1099-C Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note.** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

# EXHIBIT H

**Second Request**
Jeffrey W. Dangremond
15445 N. 51st Street
Scottsdale, AZ 85254

1/16/17

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Re:   **Name: Jeffrey W Dangremond**
      **Social Security #:** ████5916
      **Date of Birth:** ██████
      **Report date: 1/14/2017**
      **File # 7514837174**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item USAA Bank account # ████████53-41 is incorrectly reporting a balance owed of $108,347. This is inaccurate as a 1099 was issued by USAA Bank for the full balance. See 1099 enclosed. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Jeffrey W Dangremond

## 3.2 USAA FEDERAL SAVINGS BANK (CLOSED)

### Payment History

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | | Reported Balance | $108,347.00 |
| Account Status | CHARGE_OFF | Debt-to-Credit Ratio | N/A |
| Available Credit | $116,200.00 | Age of Account | 10 Year(s), 10 Month(s) |

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | CO | CO | CO | CO | CO | CO | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2015 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2013 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2012 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | CO | CO | CO |

| | | | | | |
|---|---|---|---|---|---|
| ✔ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150-179 Days Past Due | 180+180 Days Past Due | C  Collection Account | CO Charge-Off | B  Included in Bankruptcy |
| R  Repossession | F  Foreclosure | V  Voluntary Surrender | TN Too New to Rate | ▨▨No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Owner | INDIVIDUAL |
| Credit Limit | $116,200.00 | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $108,347.00 | Date Opened | Mar 01, 2007 |

EQUIFAX          JEFFREY DANGREMOND | Jan 14, 2017          Page 31 of 68

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

| | | | |
|---|---|---|---|
| Amount Past Due | $108,347.00 | Date Reported | Oct 28, 2016 |
| Actual Payment Amount | $500.00 | Date of Last Payment | Jul 01, 2016 |
| Date of Last Activity | | Scheduled Payment Amount | $219.00 |
| Months Reviewed | 67 | Delinquency First Reported | Sep 01, 2012 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $108,847.00 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | | Date Closed | |
| Date of First Delinquency | Apr 01, 2012 | | |

## Comments

Charged off account
Payment is payroll deductible

## Contact

USAA FEDERAL SAVINGS BANK
SAN ANTONIO, TX  78265
800-531-8722

EQUIFAX                    JEFFREY DANGREMOND | Jan 14, 2017                    Page 32 of 68

| Summary | Revolving | Mortgage | Installment | Other | Statements | Personal info | Inquiries | Public Records | Collections |

USAA®  SAN ANTONIO TX 78288-0544

JEFFREY WAYNE DANGREMOND
7835 N PINESVIEW DR
SCOTTSDALE AZ 85258-3458

FOR INFORMATION ON THIS FORM, CALL 1-800-826-0932.
Product Code: 63-DEMAND DEPOSIT

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. USAA FEDERAL SAVINGS BANK 10750 MCDERMOTT FREEWAY SAN ANTONIO, TX 78288-0544 800-531-8722 | 1 Date of identifiable event 12/31/2015 | OMB No. 1545-1424 | |
|---|---|---|---|
| | 2 Amount of debt discharged $105,947.05 | **2015** | **Cancellation of Debt** |
| | 3 Interest if included in box 2 $1,850.88 | **Form 1099-C** | |
| CREDITOR'S federal identification number 74-6399739 | DEBTOR'S identification number ***-**-5918 | 4 Debt description 7835 N PINESVIEW DR | Copy B For Debtor This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address, city or town, state or province, country, and ZIP or foreign postal code JEFFREY WAYNE DANGREMOND 7835 N PINESVIEW DR SCOTTSDALE, AZ 85258-3458 | | | |
| | 5 If checked, the debtor was personally liable for repayment of the debt ☒ | | |
| Account number (see instructions) 5341 | 6 Identifiable event code G | 7 Fair market value of property | |

Form 1099-C         (keep for your records)         www.irs.gov/form1099c         Department of the Treasury – Internal Revenue Service

## 1099-C Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

Debtor's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the creditor assigned to distinguish your account.

Box 1. Shows the date the earliest identifiable event occurred, or, for certain creditors, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

Box 2. Shows the amount of debt either actually or deemed discharged. Note: If you do not agree with the amount, contact your creditor.

Box 3. Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

Box 4. Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

Box 5. Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

Box 6. Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probation or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

Box 7. If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

Future developments. For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

# EXHIBIT I

# EQUIFAX

**CREDIT FILE : February 7, 2017**
**Confirmation # 7024066064**

P. O. Box 105518
Atlanta, GA 30348

002473165−23237
Jeffrey Wayne Dangremond
15445 N 51st St
Scottsdale, AZ 85254−1628

Dear Jeffrey Wayne Dangremond:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425−7961 from 9:00am to 5:00pm Monday−Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866−349−5186.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**Credit Account Information**
(If your report has the last 4 digits of account number only, the full account number is provided here for your reference. This section indicates the prior, current, or new account information.)

| Account History | 1 : 30−59 Days Past Due | 5 : 150−179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60−89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code | 3 : 90−119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120−149 Days Past Due | H : Foreclosure | |

**>>> We have researched the credit account. Account # – 8471* The results are:** This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *USAA Federal Savings Bank, Attn: Home Equity Servicin, 10750 W IH 10, San Antonio TX 78284−8850 Phone: (210) 456−8046*

Page 1 of 2

( Continued On Next Page )

7024066064APPLADM−002473165− 23237− 28305 −

USAA Federal Savings Bank – An: Home Equity

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 8471* | 03/01/2007 | $0 | $115,200 | | Monthly | 67 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2017 | $108,347 | $108,347 | 07/2016 | $500 | $219 | 04/2012 | | 09/2012 | $108,847 | | $0 | | |

Status – Charge Off; Type of Account – Line Of Loan – Home Equity Line Of Credit; Whose Account – Individual Account; ADDITIONAL INFORMATION – Charged Off Account; Account Closed By Credit Grantor; Home Equity Loan;

Account History with Status Codes:

```
01/2017 12/2016 10/2016 09/2016 05/2016 04/2016 03/2016 02/2016 01/2016 12/2015 11/2015 10/2015 09/2015 08/2015 07/2015 06/2015 05/2015 04/2015 03/2015 02/2015
  L       L       L       L       L       *       L       L       L       L       L       L       L       L       L       L       L       L       L       L
01/2015 12/2014 11/2014 10/2014 09/2014 08/2014 07/2014 06/2014 05/2014 04/2014 03/2014 02/2014 01/2014 12/2013 11/2013 10/2013 09/2013 08/2013 07/2013 06/2013 05/2013
  L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L
04/2013 03/2013 02/2013 01/2013 12/2012 11/2012 10/2012 09/2012 08/2012 07/2012 06/2012 05/2012 04/2012
  L       L       L       L       L       L       L       L       L       L       4       3       2       1
```

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

1  MᶜCARTHY LAW PLC
   Cʜᴀʀᴛᴇʀ Cᴏʀᴘᴏʀᴀᴛɪᴏɴ, Wᴇᴅ Oᴡɴᴇᴅ,

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

'17 FEB 24  AM 8: 44

2  Kevin Fallon McCarthy, 011017
   Joon Kee, 028152
3  4250 North Drinkwater Blvd, Suite 320
   Scottsdale, AZ 85251
4  602-456-8900
   joon.kee@mccarthylawyer.com
5  Attorneys for Plaintiff(s)

6          McDOWELL MOUNTAIN JUSTICE COURT
7          MARICOPA COUNTY, STATE OF ARIZONA
           18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

8  JEFFREY DANGREMOND                    Case No.: CC2017-026162RC

9      Plaintiff,                        **FIRST AMENDED DISCOVERY SET TO**
                                         **EQUIFAX INFORMATION SERVICES**
10 v.                                    **LLC**

   USAA FEDERAL SAVINGS BANK, AND
11 EQUIFAX INFORMATION SERVICES
   LLC,
12
       Defendants.
13

14      . Plaintiff, Jeffrey Dangremond, gives notice of service upon and requests that Defendant

15 individually respond to the following interrogatories, requests for production, and requests for

16 admission within sixty (60) days of service.

17               **PREFATORY INSTRUCTIONS TO INTERROGATORIES**

18      The Justice Court Rules of Civil Procedure allow ·a party to send up to forty (40)

19 interrogatories to another party. An interrogatory is a written question that is sent by a party to
   another party that must be answered in writing and under oath by the party to whom the
20 interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory,
   you must state a reason for your objection.

21      Provide your answers in the space directly below each question. If there is not enough space
   for your answer to a particular question, you may continue on a blank page by including the
22 question above your answer. After you have completed your response to the interrogatories, you
   must sign on the last page to affirm that you have truthfully answered the questions and that you
23 have a good faith basis for any objections that you may have made. You must provide your original
   answers to interrogatories to the party who sent them to you, and you must provide a copy to every
24 other party in the lawsuit.

25      Your response to these interrogatories is due forty (40) days after they have been served
   on you, unless the interrogatories were served with the summons and complaint, in which case
26 your response is due within sixty (60) days after the date of service, or unless otherwise ordered by
   the court. If you do not answer these interrogatories by the date provided in this notice, the party
27 who served them may file a motion asking that the court order you to answer them. If the court
   enters that order, the court may also require you to pay expenses, including attorneys' fees incurred

28

McCarthy Law, F
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
3024568900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.          1                          DISCOVERY

1   by the other party in obtaining the order. If you fail to comply with the order, the other party may
2   ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

3

4   All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

5   When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

6

7   ## DEFINITIONS

8   When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

9

10

11   When the term "document" is used, it is meant to include every "writing", "recording" and "photograph" as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

12

13

14   (a)   the nature of the document (e.g., letter, memorandum, contract, etc.);

15   (b)   the author or sender of the document;

16   (c)   the recipient of the document;

17   (d)   the date the document was authored, sent, and/or received; and

18   (e)   the reason such document is allegedly privileged.

19

20   Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

21   Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

22

23   Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

24   Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

25

26   Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the

27

28

McCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

1   action taken, the date of the action, the means used to effect such action, the location of origin of
    the action and the reason the action was taken.

2
3   Where the term "data" is used, it is meant to mean or include the physical symbols in the
    broadest sense that represent information, regardless of whether the information is oral, written or
    otherwise recorded.

4
5   "Identify" means that you should state:

6   (a) any and all names, legal, trade or assumed;

7   (b) all addresses used; and

8   (c) all telephone and tele-fax numbers used.

9
10  "Person(s)" means any human being, sole proprietorship, limited partnership, partnership,
    association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

11  "Personal Identifiers" means a person's name or social security number or other unique
12  data which identifies or is associated with a particular "person."

13  The term "consumer reporting agency" means any person which, for monetary fees, dues,
    or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of
14  assembling or evaluating consumer credit information or other information on consumers for the
    purpose of furnishing consumer reports to third parties, and which uses any means or facility of
15  interstate commerce for the purpose of preparing or furnishing consumer reports.

16  **NON UNIFORM INTERROGATORIES**

17  **INTERROGATORY NO. 1:**  Please identify the names, addresses, and telephone numbers of all

18  persons who supplied information responsive to these interrogatories.

19  **ANSWER:**

20

21

22  **INTERROGATORY NO. 2:**  Please identify the names, addresses, and telephone numbers of all

23  persons who have personal knowledge of any of the facts, events, or matters that are alleged in

24  Plaintiffs' complaint, your answer, anticipated answer and/or defenses thereto and describe and

25  explain your understanding of the matters on which the persons named have knowledge.

26  **ANSWER:**

27

28

McCarthy Law,
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.          3          DISCOVERY

1   **INTERROGATORY NO. 3:** Please identify all correspondence or documents that refer or relate

2   to any correspondence or communication between you and any other person relating or referring

3   to the facts, acts, events, or matters alleged in Plaintiffs' complaint, or your answer, anticipated

4   answer and/or defenses thereto.

5   **ANSWER:**

6

7

8   **INTERROGATORY NO. 4:** Please identify each person whom you may call as a witness at trial

9   including name, address, and telephone number, and the substance of the facts and opinions to

10   which the witness may testify.

11   **ANSWER:**

12

13

14   **INTERROGATORY NO. 5:** Please list, explain and describe documents known to you or

15   believed by you to exist concerning the events described in Plaintiffs' complaint or concerning any

16   event which is the subject of any defense you have raised to this lawsuit.

17   **ANSWER:**

18

19

20

21   **INTERROGATORY NO. 6:** Please identify each employee or non-employee witness or expert

22   witness you believe may have formed any opinion or consulted with you about the facts or basis

23   of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person

24   identified, please list each and every lawsuit in which that person has testified by affidavit,

25   deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain

26   and describe the nature of each such statement by the person so identified. Please identify the

27   lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

28   testimony, or report was made, taken or occurred.

McCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8000
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.        4         DISCOVERY

1    **ANSWER**:

2

3

4    **INTERROGATORY NO. 7:** Please identify all individuals known to you or your attorney who

5    are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

6    issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

7    person could testify. For each person, please state the following:

8         a.      Please state whether each such person is affiliated with, or related

9         to, or employed by any party (or its agents, servants, officers, or employees)

10        to this lawsuit;

11         b.      If any of the persons so listed in response to this interrogatory do not

12        fit the characterization in subpart (a) above, please describe the nature of

13        their involvement in this lawsuit;

14         c)      Please explain and describe your understanding of their knowledge

15        of such facts.

16    **ANSWER**:

17

18

19    **INTERROGATORY NO. 8:** Please state whether any of the individuals listed in the answers to

20    the preceding interrogatories have given any statement[s] to you and, if so, please identify the

21    individual giving the statement, identify the individual to whom the statement was given, the date

22    of the statement, and whether or not the statement was written or recorded and, if it was written or

23    recorded, identify the individual presently in possession of such writing or recording.

24    **ANSWER**:

25

26

27

28

McCarthy Law,
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.        5        DISCOVERY

1  **INTERROGATORY NO. 9:**   Please list each exhibit which you may attempt to introduce as

2  evidence at the trial of this case, or which has been used or referred to by any witness, expert or

3  lay, on your behalf.

4  **ANSWER:**

5

6

7  **INTERROGATORY NO. 10:** For each paragraph of Plaintiffs' complaint which you deny the

8  allegations, please explain and describe any facts which you believe support each denial.

9  **ANSWER:**

10

11

12  **INTERROGATORY NO. 11:**   Please explain and describe when, how and under what

13  circumstances you archive, retain or capture account data in any file bearing any of Plaintiffs'

14  personal identifiers. List the archived data files and reports wherein any personal information about

15  Plaintiff or attributed to any of Plaintiffs' personal identifiers, including the date such data was

16  captured, retained and/or archived, who has possession of those reports, the manner in which the

17  reports are maintained, and the retention policy[ies] regarding those reports. This request includes

18  your normal data file retention processes.

19  **ANSWER:**

20

21

22  **INTERROGATORY NO. 12:**  Please explain and describe when and how you transmit account

23  data stored in any file bearing any of Plaintiffs' personal identifiers to any Consumer Reporting

24  Agency ("CRA").

25  **ANSWER:**

26

27

28

MCCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602·456·8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.                    6                                      DISCOVERY

1   **INTERROGATORY NO. 13:**   Please explain and describe any disputes you received from
2   Plaintiff or concerning Plaintiff and explain and describe your actions and disposition of your
3   actions in connection with each contact or communication.

4   **ANSWER:**

5

6

7   **INTERROGATORY NO. 14:**   Please explain and describe each Consumer Dispute Verification
8   or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication
9   or other dispute communication you issued to any furnisher of credit information which pertained
10  to Plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute
11  communication, please identify the person reporting such dispute, state the date the dispute was
12  received and the date you issued any response, explain and describe the dispute conveyed, and fully
13  explain and describe your response[s] on each such occasion.

14  **ANSWER:**

15

16

17  **INTERROGATORY NO. 15:**   Please list, explain and describe each and every code contained in
18  each reinvestigation record and file and retained computer record and screen/file you generated
19  and accessed regarding Plaintiff. For each such code, please also explain and describe, in detail,
20  the purpose of such code, the content of such action, the duration of such action, and the reason
21  you permitted such action or entry.

22  **ANSWER:**

23

24

25

26

27

28

MCCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.                    7                              DISCOVERY

## PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION

The Justice Court Rules of Civil Procedure allow a party to request from another party up to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not produce a document or a category of documents or items because you object to a specific request, you must state a reason for your objection. A party may also request to enter on to designated land or other property to inspect it, or to take measurements, photographs, or samples.

A party who produces documents must provide them as they are kept in the usual course of business, or they must organize and label them in response to the requests. Electronic documents or electronic records must be produced in the format that has been requested or in the format that the electronic documents or records are usually kept.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Your response to requests made under this rule is due forty (40) days after the requests have been served on you, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not comply with the requests that have been made in this notice, the party who served them may file a motion asking that the court order you to comply. If the court enters that order, the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a Plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

Each of the above-named parties is to produce for inspection and copying all documents in their possession or control or otherwise available to it/them that is/are responsive to the requests contained in the numbered paragraphs below. Each of the above-named parties shall specify which documents are produced in response to each of the numbered paragraphs.

If any document herein requested was formerly in the possession, custody, or control of each of the above-named parties and has been lost or destroyed, each of the above-named parties is requested to submit in lieu of each document a written statement which:

1. Describes in detail the nature of the document and its contents; AND

2. Identifies the person who prepared or authored the document and, if applicable, the person(s) to whom the document was sent; AND

3. Specifies the date on which the document was prepared or transmitted or both; AND

4. Specifies, if possible the date on which the document was lost or destroyed, and, if destroyed, the conditions or the reasons for such destruction and the persons requesting and performing the destruction.

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

McCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.          8                    DISCOVERY

1    · This request for production of documents is continuing and any document obtained or
2    located subsequent to production, which would have been produced, had it been available or its
     existence known at the time is to be supplied forthwith.

3                                          **DEFINITIONS**

4        When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every
5    individual party and include your agents, employees, your attorneys, your accountants, your
     investigators, anyone else acting on your behalf. Separate answers should be given for each person
6    named as the party, if requested.

7    When the term "document" is used, it is meant to include every "writing", "recording" and
     "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document"
8    responsive to any request withheld from production by you on the ground of any privilege, please
     state:
9
         (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);
10
         (b)    the author or sender of the document;
11
         (c)    the recipient of the document;
12
         (d)    the date the document was authored, sent, and/or received; and
13
         (e)    the reason such document is allegedly privileged.
14

15       Where the term "contract" is used, it is meant to mean or to include the contract between
16   the parties to this action that is the subject of the pleadings.

17       Where the terms "claim" or "claims" are used, they are meant to mean or to include a
18   demand, cause of action or assertion for something due or believed to be due.

19       Where the terms "defense" or "defenses" are used, they are meant to mean or to include any
     justification, excuse, denial or affirmative defense in response to the opposing party's claim.
20
         Where the term "negotiation(s)" is used, it is meant to mean or to include conversations,
21   discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

22       Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed
     listing of each and every alteration, deletion, inquiry into, modification or other change to the credit
23   report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should
     include the identity, address, employer and title of the person(s) taking the action, the identity,
24   address, employer and title of the person(s) authorizing the action, a detailed explanation of the
     action taken, the date of the action, the means used to effect such action, the location of origin of
25   the action and the reason the action was taken.
26
         Where the term "data" is used, it is meant to mean or include the physical symbols in the
27   broadest sense that represent information, regardless of whether the information is oral, written or
     otherwise recorded.
28

McCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.          9                          DISCOVERY

"Identify" means that you should state:

      (a) any and all names, legal, trade or assumed; AND

      (b) all addresses used; AND

      (c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Please produce a copy of all documents or computerized records, kept in any form or manner, known to you or believed by you to exist concerning any of the events described in Plaintiffs' Complaint or concerning any of the events which are the subject[s] of any allegations, defense[s] or contentions you have raised to this lawsuit or in connection with this lawsuit.

**ANSWER:**

**REQUEST NO. 2:** Please produce a complete and legible copy, transcription and summary of any statement[s], in any recorded format, provided to you or your attorneys in connection with any of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible item, please produce that item for inspection and copying at the time of your responses or produce a copy of that item with your responses.

**ANSWER:**

McCarthy Law,
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.        10        DISCOVERY

1  **REQUEST NO. 3:**

2  Please produce a complete and legible copy of each exhibit which you may attempt to introduce as

3  evidence at the trial of this case.

4  **ANSWER:**

5

6

7  **REQUEST NO. 4:**  For each paragraph of Plaintiffs' petition for which you deny the allegations,

8  please provide a copy of any evidence or proof which you believe may support each denial.

9  **ANSWER:**

10

11

12  **REQUEST NO. 5:**  Please produce a complete and legible copy of any communications you

13  received from Plaintiff and which you sent to Plaintiff.

14  **ANSWER:**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCarthy Law,
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.                    11                    DISCOVERY

## PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION

The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25) requests for admissions to another party. Each request must contain only one fact or one contention to admit or deny. A request may inquire about whether a document is genuine or accurate. You must admit or deny each of these requests, unless you object to a request, in which case you must state a reason for your objection. You may not object on the basis that you do not have knowledge or information concerning the request unless you have first made a reasonable inquiry to obtain knowledge or information.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Responses to requests for admissions are due forty (40) days from the date they are served, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or as ordered by the court.

If you do not respond to these requests for admissions by the date provided in this notice, your failure to respond may be considered as an admission of the requests.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph" as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

(a)     the nature of the document (e.g., letter, memorandum, contract, etc.);

(b)     the author or sender of the document;

(c)     the recipient of the document;

(d)     the date the document was authored, sent, and/or received; and

(e)     the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

MCCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.                    12                    DISCOVERY

1    Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

2

3    Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should

4    include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the

5    action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

6

7    Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or

8    otherwise recorded.

9    "Identify" means that you should state:

10        (a) any and all names, legal, trade or assumed; AND

11        (b) all addresses used; AND

12        (c) all telephone and tele-fax numbers used.

13

14    "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

15

16    "Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

17    The term "Consumer Reporting Agency" means any person which, for monetary fees, dues,

18    or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the

19    purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

20

21

22                    **REQUESTS FOR ADMISSION**

23    **REQUEST FOR ADMISSION NO. 1:**   Admit that you, Defendant, reported to one or more

24    Consumer Reporting Agency ("CRA") account information bearing the personal identifier[s] of

25    Plaintiffs.

26                    ☐ADMIT   ☐DENY

27    **REQUEST FOR ADMISSION NO. 2:**   Admit that you, Defendant, failed to report to one or

28    more CRA(s) that you no longer own Plaintiffs' account ending in 1371-9984.

McCarthy Law,
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602.456.8900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.                    13                    DISCOVERY

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 3:**  Admit that you, Defendant, failed to report to one or more CRA(s) that you no longer own Plaintiffs' account ending in 7-3937.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 4:**  Admit that you, Defendant, failed to report to one or more CRA(s) that you no longer own Plaintiffs' account ending in 8471-5341.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 5:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 1371-9984 had been sold.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 6:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 7-3937 had been sold.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 7:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 8471-5341 had been sold.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 8:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 1371-9984 was charged off.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 9:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 7-3937 was charged off.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 10:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 8471-5341 was charged off.

McCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.                    14                    DISCOVERY

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 11:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 1371-9984 has a zero balance due to you.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 12:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 7-3937 has a zero balance due to you.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 12:**  Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiffs' account ending in 8471-5341 has a zero balance due to you.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 13:**  Admit that you, Defendant, failed to conduct an investigation in response a dispute received through one or more CRA(s) on Plaintiffs' account ending in 1371-9984.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 14:**  Admit that you, Defendant, failed to conduct an investigation in response a dispute received through one or more CRA(s) on Plaintiffs' account ending in 7-3937.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 15:**  Admit that you, Defendant, failed to conduct an investigation in response a dispute received through one or more CRA(s) on Plaintiffs' account ending in 8471-5341.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 16:**  Admit that you, Defendant, failed to accurately report data to one or more CRA(s) regarding Plaintiffs' account ending in 1371-9984.

McCARTHY LAW,
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602.456.8900
WWW.MCCARTHYLAWYER.COM

Dangremond v. USAA FSB, et al.                    15                    DISCOVERY

1        ☐ADMIT  ☐DENY

2

3    **REQUEST FOR ADMISSION NO. 17:**  Admit that you, Defendant, failed to accurately report

     data to one or more CRA(s) regarding Plaintiffs' account ending in 7-3937.

4        ☐ADMIT  ☐DENY

5

6    **REQUEST FOR ADMISSION NO. 18:**  Admit that you, Defendant, failed to accurately report

7    data to one or more CRA(s) regarding Plaintiffs' account ending in 8471-5341.

8        ☐ADMIT  ☐DENY

9

10       Respectfully submitted this ⟨9⟩ day of February, 2017

11                                    MCCARTHY LAW, PLC

12                                    By:

13                                    Kevin Fallon McCarthy, Esq.
                                      Joon N. Kee, Esq.
14                                    Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCarthy Law,
4250 N. Drinkwater Blvd
Suite 520
Scottsdale, Arizona 85251
602-456-9900
www.McCarthyLawyer.com

Dangremond v. USAA FSB, et al.                16                    DISCOVERY



*2770273*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

17 APR 13 AM 9: 27

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

### Certificate of Service

Case No.:**CC2017026162RC**
Court Date: **N/A**
Judge:

JEFFREY DANGREMOND
Vs.
USAA FEDERAL SAVINGS BANK, AND EQUIFAX
INFORMATION SERVICES LLC

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa County** and an officer of the court. O n 04/07/2017 I received **SUMMONS; NOTICE TO THE DEFENDANT; FIRST AMENDED COMPLAINT FOR VIOLATION FO FAIR CREDIT REPORTING ACT (15 U.S.C. SS 1681 et seq.); EXHIBITS A-F; FIRST AMENDED DISCOVER SET TO EQUIFAX INFORMATION SERVICES LLC** from **McCarthy Law PLC** and by **Kevin Fallon McCarthy**. In each instance I personally served 1 copy(ies) of each document listed above upon: **EQUIFAX INFORMATION SERVICES LLC BY SERVICE UPON ITS STATUTORY AGENT CORPORATION SERVICE COMPANY**, by leaving with **Josef Patawaran** , **Process Specialist**, stated authorized to accept, at **2338 W ROYAL PALM RD STE J** in **PHOENIX, AZ85021** in MARICOPA County, on 04/07/2017 at 12:21 PM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 23 Height: 5ft 5in Weight: 150 Hair: Black

Marriage Status: N/A

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on April 11, 2017

| | | |
|---|---|---|
| No Charge For Service | $ | 0.00 |
| SERVICE OF PROCESS | $ | 55.00 |
| **TOTAL:** | **$** | **55.00** |

ROBERT LYONS, MC-8596                    Affiant

Client Ref: TBD
Client: McCarthy Law PLC

SCANNED
APR 14 2017

1   Christopher A. Meyers (#032558)
    SNELL & WILMER L.L.P.
2   One Arizona Center
    400 E. Van Buren, Suite 1900
3   Phoenix, Arizona 85004-2202
    Telephone: 602.382.6000
4   Facsimile: 602.382.6070
    E-Mail: cmeyers@swlaw.com
5   Attorneys for Defendant Equifax Information
    Services LLC
6

7               MCDOWELL MOUNTAIN JUSTICE COURT
                MARICOPA COUNTY, STATE OF ARIZONA
8               18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

9

10  JEFFREY DANGREMOND,                    No. CC2017-026162RC

11          Plaintiff,

12  v.

13  USAA FEDERAL SAVINGS BANK, et    **NOTICE TO STATE COURT OF**
    al.,                             **REMOVAL**
14
            Defendants.
15

16          Defendant, Equifax Information Services LLC, ("Equifax"), by Counsel, filed a

17  Notice of Removal in the Office of the Clerk of the United States District Court for the

18  District of Arizona on April 27, 2017.   A copy of that Notice of Removal is attached

19  hereto as Exhibit A.

20          PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing

21  of the Notice of Removal in the United States District Court for the District of Arizona,

22  together with the filing of that Notice with the Clerk of this Court, effects the removal of

23  the above-styled action to the United States District Court, and this Court may proceed no

24  further unless and until the case is remanded.

25  / / /

26  / / /

27  / / /

28  / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

DATED this 27th day of April, 2017.

SNELL & WILMER L.L.P.

By

Christopher Meyers
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Attorneys for Plaintiff Equifax
Information Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2017, I served by US Mail the foregoing documents on the following:

Kevin Fallon McCarthy
Joon Kee
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

Kimberly Erickson

- 2 -

Exhibit A

1    Christopher A. Meyers (#032558)
     SNELL & WILMER L.L.P.
2    One Arizona Center
     400 E. Van Buren, Suite 1900
3    Phoenix, Arizona 85004-2202
     Telephone: 602.382.6000
4    Facsimile: 602.382.6070
     E-Mail: cmeyers@swlaw.com
5    Attorneys for Defendant Equifax Information
     Services LLC

6

7                IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9

10   Jeffrey Dangremond,                          No.

11                  Plaintiff,

12   v.                                           **NOTICE OF REMOVAL**

13   USAA Federal Savings Bank, et al.,

14                  Defendants.

15

16          Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and

17   hereby file this Notice of Removal of this action from the McDowell Mountain Justice

18   Court, Maricopa County, Arizona, wherein it is now pending as Case No. CC2017-

19   026162RC to the United States District Court for the District of Arizona.  This Notice of

20   Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Defendants

21   show this Court as follows:

22          1.     An action was filed on February 24, 2017 in the McDowell Mountain

23   Justice Court, Maricopa County, Arizona, entitled *Dangremond v. USAA Federal Savings*

24   *Bank, et al.*, Case No. CC2017-026162RC (the "State Court Action").

25          2.     Equifax was served with the Complaint on April 7, 2017.

26          3.     This Notice is being filed with this Court within thirty (30) days after

27   Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for

28   her action and her claims for relief.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a)      Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (See Plaintiff's Complaint).

(b)      The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the McDowell Mountain Justice Court, Maricopa County, Arizona, as required by 28 U.S.C. § 1446(d).

6.      Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7.      The only other defendant in this matter, USAA Federal Savings Bank, has not yet been properly served.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

DATED this 27th day of April, 2017.

SNELL & WILMER L.L.P.


By  *s/Christopher Meyers*
    Christopher Meyers
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202
    Attorneys for Plaintiff Equifax
    Information Services LLC

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1

**CERTIFICATE OF SERVICE**

2  I hereby certify that on the 27th day of April, 2017, I electronically transmitted the

3 foregoing document and any attachments to the U.S. District Court Clerk's Office using

4 the CM/ECF System for filing:

5 Kevin Fallon McCarthy
  Joon Kee
6 McCarthy Law PLC
  4250 North Drinkwater Blvd., Suite 320
7 Scottsdale, AZ 85251

8

9 *s/Kimberly Erickson*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28