**McCARTHY LAW PLC**
*Candid Conversation. Wise Counsel.*

**Kevin Fallon McCarthy, 011017**
**Jacob W. Hippensteel, 032713**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**jacob.hippensteel@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| JEFFREY DANGREMOND,<br><br>  Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK, AND EQUIFAX INFORMATION SERVICES LLC,<br><br>  Defendants. | Case No.: 2:17-cv-01253-GMS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Jeffrey Dangremond ("Plaintiff") and USAA Federal Savings Bank ("USAA") (hereinafter USAA together with Plaintiff referred to as "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against USAA. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against USAA will be finalized within the next sixty (60) days.

Respectfully submitted this 12th day of January, 2018.

| | |
|---|---|
| POLSINELLI PC<br>*By: /s/ John Craiger*<br>John Craiger, Esq.<br>One East Washington St., Ste. 1200<br>Phoenix, AZ 85004-2568<br>Attorney for Defendant: USAA Federal Savings Bank | MCCARTHY LAW PLC<br>*By:/s/ Jacob W. Hippensteel*<br>Jacob W. Hippensteel, Esq.<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiff |

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

1                    Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*By: /s/ Jacob W. Hippensteel*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2                                    Notice of Settlement